UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH SHELTON, JR., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV00359 ERW (AGF) |
| ) | |
| JAMES D. PURKETT, ) | |
| ) | |
| Defendant(s). ) | |

## CERTIFICATE OF APPEALABILITY

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner is **GRANTED** a Certificate of Appealability on Grounds One and Two of his Petition for Writ of Habeas Corpus.

Dated this 26th Day of March, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE